IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA D. PARATLEY,<br><br>    Plaintiff,<br>  v.<br><br>CONSECO HEALTH INSURANCE COMPANY,<br><br>    Defendant / | No. C 05-4312 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL** |

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that plaintiff's First Motion to Compel Production of Documents, filed March 2, 2006, and all other discovery disputes, are referred to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

The hearing date of April 7, 2006 before the undersigned is VACATED.

**IT IS SO ORDERED**.

Dated: March 3, 2006

MAXINE M. CHESNEY
United States District Judge