1  **LAW OFFICES OF MARC J. WODIN**
   Marc J. Wodin, Esq. - SBN 79573
2  21600 Oxnard Street, Suite 1110
   Woodland Hills, California 91367
3  Telephone (818) 595-3490
   Fax (818) 595-3494
4

5  Attorneys for Defendant CONSECO HEALTH INSURANCE COMPANY

6

7

8                    **UNITED STATES DISTRICT COURT**

9               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 ANITA D. PARATLEY,              )   CASE NO. C-05-4312 (MMC)
                                   )
12         Plaintiff,              )   [San Francisco County Superior
                                   )   Court Case No. 05-445379]
13    vs.                          )
                                   )   **STIPULATION AND ORDER EXPANDING**
14 CONSECO HEALTH INSURANCE        )   **THE STIPULATED PROTECTIVE ORDER**
   COMPANY and DOES 1 through      )   **PREVIOUSLY ISSUED BY THIS COURT**
15 10,                             )   **TO ENCOMPASS ADDITIONAL**
   inclusive,                      )   **DOCUMENTS**
16         Defendants.             )
   _____   )   Assigned to: The Honorable
17                                     Maxine M. Chesney

18                             STIPULATION

19     It is stipulated, by and between the parties to the above

20 entitled action, by and between their attorneys of record, as

21 follows:

22     This purpose of this stipulation is to expand the terms of

23 the Stipulated Protective Order, adopted as Order of this Court

24 on February 8, 2006, to safeguard against the disclosure of

25 additional confidential and/or proprietary Discovery Material,

26 not previously safeguarded under the terms of the Stipulated

27 Protective Order.

28

Law Offices
Marc J. Wodin
                                        1
             STIPULATION AND ORDER EXPANDING THE PREVIOUS PROTECTIVE ORDER

1   The parties hereinafter wish to expand the Stipulated
2   Protective Order as follows:

3

4   1.   Paragraph 1 of the Stipulated Protective Order, adopted
5   as Order of this Court on February 8, 2006, is expanded such that
6   it is now applicable to all discovery produced by the parties in
7   this action which contain information which is private,
8   confidential and/or trade secret, including all writings and
9   information contained therein (as defined in Federal Rules of
10  Evidence, Rule 1001), including but not limited to documents,
11  deposition testimony, deposition exhibits, and interrogatory
12  responses (the "Discovery Material").

13

14  2.   If any party in good faith disagrees with the
15  designation of Discovery Material produced by any other party or
16  third party, as CONFIDENTIAL, that party may seek court
17  intervention for a determination as to whether the Discovery
18  Material in question is entitled to protection from public
19  disclosure under governing law.  Any material designated as
20  CONFIDENTIAL, retains all the protections afforded it by the
21  protective order, unless and until such time as a court of
22  competent jurisdiction makes a final determination that the
23  Discovery Material in question is not entitled to such
24  protections.
25
26  3.   The parties and their respective attorneys are in
27  agreement concerning the above terms of this Stipulated
28  Protective Order as acknowledged hereafter by the signatures of

Law Offices
Marc J. Wodin

2
STIPULATION AND ORDER EXPANDING THE PREVIOUS PROTECTIVE ORDER

1  the attorneys for the parties, and request the Court to enter
2  this Stipulation and Order.
3
4  DATED: April 28 , 2006            LAW OFFICES OF MARC J. WODIN
5
                                     By: _____
6                                         /s/ MARC J. WODIN
                                     Attorneys for Defendant CONSECO
7                                    HEALTH INSURANCE COMPANY
8
9  DATED: April 27 , 2006            FRIEDMAN, RUBIN & WHITE, LLP
10
11                                   By:_____
                                          /s/ MICHAEL WHITE
12                                   Attorney for Plaintiff ANITA D.
                                     PARATLEY
13
14

15                                  **ORDER**
16     Upon due consideration of the Stipulation and Order
17  Expanding the Stipulated Protective Order Previously Issued by
18  this Court, IT IS HEREBY ADOPTED AS ORDER OF THIS COURT.
19
20  DATED:  May 1, 2006
21
                                     _____
22                                   THE HONORABLE MAXINE M. CHESNEY
                                     DISTRICT JUDGE OF THE UNITED
23                                   STATES DISTRICT COURT for the
                                     NORTHERN DISTRICT OF CALIFORNIA
24
25
26
27
28

Law Offices
Marc J. Wodin
                                        3
         STIPULATION AND ORDER EXPANDING THE PREVIOUS PROTECTIVE ORDER