IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA D. PARATLEY,<br><br>       Plaintiff,<br>  v.<br><br>CONSECO HEALTH INSURANCE COMPANY,<br><br>       Defendant | No. C-05-4312 MMC<br><br>**ORDER CONDITIONALLY GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT; VACATING HEARING** |

Before the Court is plaintiff Anita D. Paratley's Motion to Amend Complaint, filed June 15, 2006, by which plaintiff seeks to leave to file a First Amended Complaint ("FAC") to add a new defendant, Conseco, Inc. Defendant Conseco Health Insurance Company has not filed opposition.

Having reviewed the papers filed in support of the motion, and no opposition having been filed, the Court hereby GRANTS the motion,[1] on condition plaintiff file her proposed FAC no later than July 21, 2006, serve Conseco, Inc. and file proof of such service no later than August 18, 2006. If, as of August 18, 2006, plaintiff has not filed proof of service within the time provided herein, the Court will strike the FAC, and the action will proceed on the original complaint.

**IT IS SO ORDERED.**

Dated: July 18, 2006

                                                   MAXINE M. CHESNEY
                                                   United States District Judge

---

[1] The hearing scheduled for July 21, 2006 is hereby VACATED.