Richard A. Selzer
2 Theater Square, Suite 234
Orinda, California 94563
925-253-7909
California Bar No. 92317

Richard H. Friedman (CA Bar No. 221622)
Michael N. White (Pro Hac Vice)
Fridman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98336
360-782-4300

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA D. PARATLEY, | CASE NO. C-05-4312 (MMC) |
| Plaintiff, | [San Francisco County Superior Court Case No. 05-445379] |
| vs. | STIPULATION AND ORDER |
| CONSECO HEALTH INSURANCE COMPANY and CONSECO, INC., | Assigned to: The Honorable Maxine M. Chesney |
| Defendants. | |

STIPULATION

It is stipulated, by and between plaintiff Anita Paratley and defendant Conseco Health Insurance Company, parties to the above entitled action, by and through their attorneys, as follows:

1. Conseco, Inc. is dismissed from the action, with prejudice, each party to bear their own costs and fees.

2. Conseco Life Insurance Company of Texas shall not be added as a party in this action.

3. Plaintiff may file the attached Second Amended Complaint, which adds Conseco Services L.L.C. as a defendant in the action.

```
 1  The attached Second Amended Complaint may be deemed filed on the
 2  date of the court's execution of this order.
 3       4. The Law Offices of Marc J. Wodin will accept service of
 4  the Second Amended Complaint for Conseco Services L.L.C.
 5       5. Conseco Services L.L.C. will respond to the Second
 6  Amended Complaint within 20 days of service.
 7       6. No changes to any pretrial dates are believed necessary
 8  by the parties as a result of this stipulation.
 9
10  DATED:                              FRIEDMAN, RUBIN AND WHITE
11
12                                      By_____
                                              MICHAEL N. WHITE
13                                      Attorneys for Plaintiff ANITA
                                        PARATLEY
14
15
16  DATED: 8/17/06                      LAW OFFICES OF MARC J. WODIN
17                                      By_____
                                              MARC J. WODIN
18                                      Attorneys for Defendant CONSECO
                                        HEALTH INSURANCE COMPANY
19
20
21                                   ORDER
22
        1. Conseco, Inc. is dismissed from the action, with
23
     prejudice, each party to bear their own costs and fees.
24
        2. Conseco Life Insurance Company of Texas shall not be
25
     added as a party in this action.
26
        3. The attached Second Amended Complaint is deemed filed on
27
     the date of the court's execution of this order.
28
        3.  Plaintiff shall file the Second Amended Complaint no later than August 28, 2006.
```

1      4. The Law Offices of Marc J. Wodin will accept service of
2  the Second Amended Complaint for Conseco Services L.L.C.
3      5. Conseco Services L.L.C. will respond to the Second
4  Amended Complaint within 20 days of service.

DATED: August 22, 2006    */s/ Maxine M. Chesney*
THE HONORABLE MAXINE M. CHESNEY
JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Law Offices
Marc J. Wodin

3

STIPULATION AND ORDER