```
Richard H. Friedman (CA Bar No. 221622)
Michael N. White (Pro Hac Vice)
Fridman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98336
360-782-4300

Richard A. Selzer
2 Theater Square, Suite 234
Orinda, California 94563
925-253-7909
California Bar No.  92317
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA D. PARATLEY, | CASE NO. C-05-4312 (MMC) |
| Plaintiff, | [San Francisco County Superior Court Case No. 05-445379] |
| vs. | **STIPULATION AND ORDER CONTINUING HEARING ON PLAINTIFF'S THIRD MOTION TO COMPEL FROM SEPTEMBER 20, 2006 TO OCTOBER 4, 2006** |
| CONSECO HEALTH INSURANCE COMPANY and CONSECO, INC., | |
| Defendants. | |
| | Assigned to: The Honorable Maxine M. Chesney |
| | Matter referred to: The Honorable Wayne D. Brazil |

### STIPULATION

It is stipulated, by and between plaintiff Anita Paratley and defendant Conseco Health Insurance Company, parties to the above entitled action, by and through their attorneys, that plaintiff's third motion to compel presently set for hearing on September 20, 2006, may be continued to October 4, 2006, at 3:00 p.m. in Dept.4 before the Hon. Wayne D. Brazil. It is further stipulated that the time for filing defendant's opposition and

1  plaintiff's reply may be extended in accordance with new hearing
2  date.
3  DATED: 8/22/06                FRIEDMAN, RUBIN AND WHITE
4
5                                By _____
                                    MICHAEL N. WHITE
6                                 Attorneys for Plaintiff ANITA
                                  PARATLEY
7
8
9  DATED: 8/22/06                LAW OFFICES OF MARC J. WODIN
10
11                               By _____
                                    MARC J. WODIN
12                                Attorneys for Defendant CONSECO
                                  HEALTH INSURANCE COMPANY
13
14

                                    ORDER

16  PURSUANT TO THE FOREGOING STIPULATION, IT IS HEREBY ORDERED THAT:
17      Plaintiff's third motion to compel presently set for hearing
18  on September 20, 2006, is continued to October 4, 2006, at 3:00
19  p.m. in Dept.4 before the Hon. Wayne D. Brazil, and the time for
20  filing defendant's opposition and plaintiff's reply is extended
21  in accordance with new hearing date.
22
23
24  DATED:       /s/ Wayne D. Brazil
              _____
25  8/23/06   THE HONORABLE WAYNE D.BRAZIL, JUDGE OF THE
              UNITED STATES DISTRICT COURT FOR THE NORTHERN
              DISTRICT OF CALIFORNIA
26
27
28