UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA D. PARATLEY,<br><br>           Plaintiff,<br><br>    v.<br><br>CONSECO HEALTH INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>           Defendants.<br>_____/ | No. C 05-4312  MMC (WDB)<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S THIRD MOTION TO COMPEL** |

      On October 4, 2006, counsel for Plaintiff and Defendants appeared before the Court on Plaintiff's Third Motion to Compel.  At the beginning of the hearing, counsel for the parties advised the Court that they believed that they had privately resolved the issues raised by the motion and requested that the Court continue the hearing for one week, in the event they are unable to finalize the pending resolution.  Accordingly, the Court CONTINUES  the hearing to **Wednesday, October 11, 2006 at 2:00 p.m.**, at which time counsel may appear by **telephone**.  To do so, Mr. Michael White, counsel for Plaintiff, must initiate the call, get all parties on the line, and call the Court at 510-637-3909.   In the event the parties' resolution becomes final and there is no need for court intervention, <u>or</u> if the parties require court intervention on only a more narrow

1

set of issues than those initially raised in the motion, Plaintiff's counsel must so notify the Court by **Tuesday, October 10, 2006, by 4 p.m., at 510-637-3324.**

IT IS SO ORDERED.

Dated:   October 4, 2006

*/s/ Wayne D. Brazil*

WAYNE D. BRAZIL
United States Magistrate Judge

Copies:  parties, MMC, WDB, stats