```
LAW OFFICES OF MARC J. WODIN
Marc J. Wodin, Esq. - SBN 79573
Elana Bitton, Esq. - SBN. 130835
William A. Brenner, Esq. - SBN 207682
21600 Oxnard Street, Suite 1110
Woodland Hills, California 91367
Telephone (818) 595-3490
Fax (818) 595-3494
```

Attorneys for Defendants CONSECO HEALTH INSURANCE COMPANY and CONSECO SERVICES L.L.C.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA D. PARATLEY, <br><br> Plaintiff, <br><br> vs. <br><br> CONSECO HEALTH INSURANCE COMPANY and CONSECO SERVICES L.L.C. <br><br> Defendants. | CASE NO. C-05-4312 (MMC) <br><br> [San Francisco County Superior Court Case No. 05-445379] <br><br> **STIPULATION AND ORDER RE PLAINTIFF'S THIRD MOTION TO COMPEL** <br><br> Assigned to: The Honorable Maxine M. Chesney |

### STIPULATION

It is stipulated, by and between the parties to this action, by and through their attorneys of record:

1. This stipulation and order constitutes a full and complete resolution of all issues raised by, and which are the subject of, plaintiff's third motion to compel, and the dispute between the parties over the discovery requests which are the subject of that motion.

    2. Plaintiff's third motion to compel shall be taken off calendar.

    3. Defendant will provide a full and complete response, without objection, to interrogatory number 4.

    4. Defendant will produce all forms for cancer insurance policies issued or sold by defendant within the past 5 years, and the first form for cancer insurance policies for California which contained the following language: "We will not pay for any treatment planning, treatment management. . ."

    5. Defendant will produce unredacted copies of Bate stamped documents 1173-1175.

    6. Defendant will provide an admission, interrogatory response, or stipulation, admissible into evidence, that the persons who handled plaintiff's claim for benefits which is the subject of this action were employed by Conseco Services L.L.C. Such an admission, interrogatory response or stipulation is without prejudice to, and does not bar defendant's right to, make whatever assertion it wishes to make concerning the relationship, if any, between said persons and Conseco Health Insurance Company and/or between Conseco Services L.L.C. and Conseco Health Insurance Company.

    7. The responses will be provided within 20 days of the execution of this stipulation.

Law Offices
Marc J. Wodin

2
STIPULATION AND ORDER

```
 1  DATED:  October 11, 2006
 2                                   By _____
                                           MICHAEL N. WHITE
 3                                           Pro Hac Vice
 4                                   Richard H. Friedman (CA Bar No.
                                     221622)
 5                                   Friedman, Rubin & White
                                     1126 Highland Avenue
 6                                   Bremerton, Washington 98336
                                     360-782-4300
 7
 8
 9
10
11                                   Richard A. Seltzer
                                     California Bar No. 92317
12                                   2 Theatre Square, Suite 234
                                     Orinda, California 94563
13                                   925-253-7909
14                                   Attorneys for Anita D. Paratley
15
16  DATED:  October 11, 2006         LAW OFFICES OF MARC J. WODIN
17
                                     By _____
18                                           MARC J. WODIN
                                     Attorneys for Defendants CONSECO
19                                   HEALTH INSURANCE COMPANY and
                                     CONSECO SERVICES L.L.C.
20
21                         ORDER
22
23  IT IS SO ORDERED
24
      10-11-06                          /s/ Wayne D. Brazil
25                                   _____
                                     THE HONORABLE WAYNE D. BRAZIL
26                                   UNITED STATES MAGISTRATE JUDGE
27
28
```