**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ANITA D. PARATLEY,                          No. C-05-4312 MMC

12              Plaintiff,                        **ORDER VACATING HEARING ON**
         v.                                       **PLAINTIFF'S MOTION TO FILE PARTIAL**
13                                                **SUMMARY JUDGMENT MOTION**
     CONSECO HEALTH INSURANCE                     **UNDER SEAL; AFFORDING**
14   COMPANY,                                     **DEFENDANTS OPPORTUNITY TO**
                                                  **COMPLY WITH CIVIL LOCAL RULE 79-**
15              Defendant                         **5(d)**
     _____/
16

17          Before the Court is plaintiff Anita D. Paratley's Motion to File Partial Summary

18   Judgment Motion Under Seal, filed October 13, 2006 and noticed for hearing November 17,

19   2006, the date on which plaintiff's motion for partial summary judgment is scheduled to be

20   heard.

21          According to plaintiff's motion to file under seal, defendants have designated as

22   confidential certain exhibits plaintiff offers in support of her motion for partial summary

23   judgment.  The Civil Local Rules of this District, however, provide that where, as here, a

24   party seeks to file under seal any material designated as confidential by another party, the

25   motion for a sealing order shall not be noticed for hearing on the ordinary 35-day schedule;

26   rather, the Local Rules provide that within five days of the filing of such motion to seal, "the

27   designating party must file with the Court and serve a declaration establishing that the

28   designated information is sealable, and must lodge and serve a narrowly tailored proposed

sealing order, or must withdraw the designation of confidentiality."  <u>See</u> Civil L.R. 79-5(d).

Accordingly, the November 17, 2006 hearing on plaintiff's motion for a sealing order is hereby VACATED.  Should defendants seek to demonstrate the material referenced in plaintiffs' motion is sealable, defendants shall file the requisite declaration no later than November 1, 2006.[1]

**IT IS SO ORDERED.**

Dated: October 26, 2006

MAXINE M. CHESNEY
United States District Judge

---

[1]If defendants are of the view that only a portion of the material should be filed under seal, defendants must, with specificity, identify such portions.  Additionally, defendants must offer "compelling reasons" to justify any sealing request.  <u>See</u> <u>Kamakana v. City and County of Honolulu</u>, 447 F. 3d 1172, 1179 (9th Cir. 2006) (holding publication of documents that "may lead to a litigant's embarrassment, incrimination, or exposure to further litigation will not, without more, compel the court to seal its records").