```
LAW OFFICES OF MARC J. WODIN
Marc J. Wodin, Esq. - SBN 79573
Elana Bitton, Esq. - SBN. 130835
21600 Oxnard Street, Suite 1110
Woodland Hills, California 91367
Telephone (818) 595-3490
Fax (818) 595-3494

Attorneys for Defendants
CONSECO HEALTH INSURANCE COMPANY
and CONSECO SERVICES L.L.C.


Michael N. White
Richard H. Friedman
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98336
Telephone: (360) 782-4300
Facsimile: (360) 782-4358

Attorneys for Plaintiff ANITA PARATLEY
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA D. PARATLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CONSECO HEALTH INSURANCE COMPANY and CONSECO SERVICES L.L.C.<br>    Defendants. | CASE NO. C-05-4312 (MMC)<br><br>[San Francisco County Superior Court Case No. 05-445379]<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Assigned to: The Honorable Maxine M. Chesney |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed in its entirety with prejudice.

DATED: 12/13/06

_____
MICHAEL WHITE
FRIEDMAN, RUBIN & WHITE
attorneys for Plaintiff ANITA PARATLEY

Law Offices
Marc J. Wodin

1

DISMISSAL

DATED: 12/13/06

MARC J. WODIN
LAW OFFICES OF MARC J. WODIN
attorneys for Defendants CONSECO HEALTH
INSURANCE COMPANY and CONSECO
SERVICES, L.L.C.

## ORDER

It is hereby ORDERED that this action is dismissed in its entirety with prejudice.

DATED: December 15, 2006

THE HONORABLE MAXINE M. CHESNEY
JUDGE OF THE UNITED STATES DISTRICT COURT